*Quinlan* v. *N. Y., N. H. & H. R. R. Co.*, 89 App. Div. 266, affirmed.
(Argued March 2, 1905; decided March 17, 1905.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
January 13, 1904, affirming a judgment in favor of defendant
entered upon a verdict and an order denying a motion for a
new trial.

*Robert H. Barnett* for appellant.

*Walter C. Anthony* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT,
HAIGHT, VANN and WERNER, JJ.

---

LILLIAN ROMAINE, as Administratrix of the Estate of WAY-
LAND D. ROMAINE, Deceased, Appellant, *v.* THE NEW
YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY,
Respondent.

*Romaine* v. *N. Y., N. H & H. R. R. Co.*, 91 App. Div. 1, affirmed.
(Argued March 2, 1905; decided March 17, 1905.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
April 27, 1904, affirming a judgment in favor of defendant
entered upon a dismissal of the complaint by the court at a
Trial Term.

*Robert H. Barnett* for appellant.

*Walter C. Anthony* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT,
HAIGHT, VANN and WERNER, JJ.